# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE BITTINGER,** | : | No. 1:14-cv-1560 |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JEH JOHNSON, et al.,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

**AND NOW**, this 22nd day of June 2015, **IT IS HEREBY ORDERED THAT**

Defendants' motion to dismiss (Doc. No. 11) is **GRANTED** and Plaintiff's complaint is

**DISMISSED** with prejudice.  The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania